IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------- x
ROBERT CATALANELLO,

             Plaintiff,

  - v -

ZACHARY A. KRAMER;
THE WASHINGTON UNIVERSITY SCHOOL
OF LAW; and WESTERN NEW ENGLAND
SCHOOL OF LAW,

             Defendants.
---------------------------------------------------------------- x

Civil Action No. 12-7904 (CCC/JAD)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned attorneys for the respective parties, that all claims against Washington University in the above-captioned action be, and hereby are, discontinued with prejudice, and without attorney's fees or costs to any party.

This Stipulation may be signed using one or more counterparts. The several executed copies together will be considered an original and will be binding on the parties. Facsimile copies of this stipulation and signatures thereon shall be valid and binding on the parties.

Dated: New York, New York
       May 14, 2013

GIBBONS, P.C.

By: _____
    Thomas J. Cafferty
One Gateway Center
Newark, NJ 07102
(973) 596-4863
*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE LLP

By: _____
    Robert D. Balin
1633 Broadway – 27th Fl.
New York, N.Y. 10019
(212) 489-8230
*Attorneys for Defendant Washington University*

#1933922 v1
111660-82118

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: 5/23/13